UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rajagopal Ramchandran, on behalf of himself and all others similarly situated,

Plaintiff,

v.

Chronimed Inc., Maurice R. Taylor II, Henry F. Blissenbach, and Gregory H. Keane,

Defendants.

Civil File No. 01-CV-1455 DSD/JMM

**STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO THE COMPLAINT**

Plaintiff and defendants in the above-referenced case, through their undersigned attorneys, hereby stipulate that defendants may have an indefinite extension of time to answer, move, or otherwise respond to the complaint in the above-referenced matter since plaintiff intends to file an amended and consolidated complaint. When an amended consolidated complaint has been served upon the defendants, defendants have 30 days thereafter to answer, move, or otherwise respond to the amended consolidated complaint.

Dated: August 23, 2001

DORSEY & WHITNEY LLP

By [signature]

Peter W. Carter #0227985
Heather J. Klaas #283319
Mitchell W. Granberg #0285687
220 South Sixth Street, Suite 1300
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendants Chronimed Inc., Maurice R. Taylor II, Henry F. Blissenbach, and Gregory H. Keane

FILED AUG 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Dated: August 23, 2001

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By [signature]

Richard A. Lockridge, #64117
Gregg M. Fishbein, #202009
Gregory J. Myers, #0287398
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

LAW OFFICES OF BERNARD M. GROSS

Deborah R. Gross
Sixth Floor, 1500 Walnut Street
Philadephia, P.A. 19102
Telephone: 215-561-3600

SAVETT FRUTKIN PODELL & RYAN

Barbara Podell
325 Chestnut Street
Philadephia, PA 19102
Telephone: 215-923-5400

BRODSKY & SMITH

Evan Smith
11 Bala Avenue, Suite 39
Bala Cynwyd, PA 19004
Telephone: 610-668-7987

LAW OFFICES OF BRIAN FELGOISE

Brian Felgoise
230 South Broad Street, Suite 404
Philadelphia, PA 19102
Telephone: 215-735-6810

Attorneys for Plaintiff Rajagopal Ramchandran, on behalf of itself and all others similarly situated

Pursuant to the Stipulation of the parties, **IT IS HEREBY ORDERED**:

Defendants shall answer, move, or otherwise respond thirty days from service of

the amended consolidated complaint.

Dated: 8/24/01

John M. Mason
Magistrate Judge
United States District Court for the
District of Minnesota